# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jesus Angel ARIAS-Sanchez**<br>DOB: 2000; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**23-02814MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 22, 2023, in the District of Arizona, **Jesus Angel ARIAS-Sanchez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: eight (8) rifles, (3) three pistols, 1497 rounds of .22 caliber ammunition (in addition to the fifty rounds in **ARIAS-Sanchez'** pocket), two (2) .22 caliber magazines, five (5) 9mm caliber magazines, two (2) 5.56 caliber magazines, seven (7) 7.62 caliber magazines, two (2) drum magazines, and one (1) red dot optic/sight, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 22, 2023, **Jesus Angel ARIAS-Sanchez** attempted to exit the United States and enter the Republic of Mexico through the Lukeville Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a black 2012 Hyundai Sonata with Sonora registration 491SZF6 VIN: 5NPEB4AC5CH455384 driven by sole occupant **Jesus Angel ARIAS-Sanchez**. A CBPO directed **ARIAS-Sanchez** to a secondary inspection where a CBPO conducted a pat-down search of **ARIAS-Sanchez** and discovered a box in his pocket which **ARIAS-Sanchez** identified as ammunition. While **ARIAS-Sanchez** was being escorted to a detention cell, he uttered "It seemed like it would be easy."

A search of the Hyundai Sonata led to the discovery of eight (8) rifles, three (3) pistols, 1497 rounds of .22 caliber ammunition (in addition to the fifty rounds in ARIAS-Sanchez' pocket), two (2) .22 caliber magazines, five (5) 9mm caliber magazines, two (2) 5.56 caliber magazines, seven (7) 7.62 caliber magazines, two (2) drum magazines, and one (1) red dot optic/sight. CBPOs also discovered anomalies in the trunk of the Hyundai Sonata via scanning technology routinely used at the Port of Entry.

During a post-*Miranda* interview, **ARIAS-Sanchez** admitted he had picked up the guns and ammunition from several different people in the Phoenix, Arizona, area the previous day; that he had concealed the guns/ammunition in the vehicle; that he was attempting to take the guns and ammunition into Mexico; that he knew it was illegal for him to possess the weapons in the United States, and that it was also illegal for him to take the weapons into Mexico.

(BASIS OF COMPLAINT CONTINUED ON REVERSE.)

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2023.01.23 10:02:35 -07'00' | SIGNATURE OF COMPLAINANT<br>NATHANIEL M FORTHUN  Digitally signed by NATHANIEL M FORTHUN Date: 2023.01.23 10:19:59 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Nathaniel Forthun |
|---|---|
| Sworn by telephone __x__<br>S *Leslie A. Bowman* | DATE<br>January 23, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

**ARIAS-Sanchez** stated that this was the second time he had taken weapons into Mexico from the United States and that he had been paid $500 the previous time.  **ARIAS-Sanchez** stated he asked for an advance payment for today's smuggling attempt and was given $600 for expenses.  **ARIAS-Sanchez** stated he had been compelled to smuggle the guns due to threats against his family.  **ARIAS-Sanchez** also stated they (the person/persons for whom **ARIAS-Sanchez** was smuggling guns) had asked him to continue smuggling, but that **ARIAS-Sanchez** had told them that he was done smuggling after today's event.

The firearms, ammunition, and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ARIAS-Sanchez** does not possess a license to export ammunition or magazines into Mexico.